UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE LOPEZ, individually and as assignee of the claims of JIALE REN AND HAOWEN SHE,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a subsidiary of USAA CASUALTY INSURANCE COMPANY,<br>　　　　　　　　Defendant. | CASE NO. 2:24-cv-01827-RSM<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO STAY DEADLINES** |

THIS MATTER having come before the undersigned Judge upon the stipulation of the parties to stay all response deadlines to all pending motions and all deadlines set forth in the January 17, 2025 Order Setting Trial Date and Related Deadlines and having considered the Parties' Stipulated Motion to Stay Deadlines,

IT IS HEREBY ORDERED that all response deadlines to all pending motions and all deadlines set forth in the January 17, 2025 Order Setting Trial Date and Related Deadlines will be STAYED until August 1, 2025.

Dated this 18th day of July, 2025.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE